

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | No. 08-16-00203-CV |
|---|---|---|
| Jaime Garcia, Anastacia V. Garcia, and Mis Tres Properties, LLC, | § | Appeal from the |
| Appellants, | § | 274th District Court |
| v. | § | of Comal County, Texas |
| RREF CB SBL Acquisitions, LLC; RREF CB SBL-TX TWO LLC; and Quantum Servicing Corporation, | § | (TC# C2013-1059C) |
|  | § |  |
| Appellees. | § |  |
|  | § |  |

## CORRECTED ORDER

Pending before the Court is a motion to withdraw filed by counsel for Appellants,

**Michael Steven Deck**.  Appellants have not objected to the motion.  The motion is GRANTED.

Appellants are directed to notify the Court immediately if they retain new counsel.  On the

Court's own motion, the deadline for Appellants' brief is extended to April 18, 2017.  Appellants

are directed to provide the Court with a current mailing address within 10 days from the date of

this order.

IT IS SO ORDERED this 29th day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.